**SO ORDERED: January 20, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SGENERIC (rev 11/2010)

In Re:

  Tracie Lynn Eversoll
    SSN: xxx–xx–3778   EIN: NA
  Debtor(s)

Case Number:

**10–90558–BHL–13**

### ORDER

   A(n) Agreed Entry Resolving Motion for Relief From Stay and to Abandon Real Estate with US Bank NA successor by merger to The Leader Mortgage Company was filed with the Clerk of Court on January 12, 2011, by Creditor U.S. Bank, N.A., successor by merger to The Leader Mortgage Company, Trustee Joseph M. Black Jr, and Debtor Tracie Lynn Eversoll.

   IT IS THEREFORE ORDERED that the Agreed Entry Resolving Motion for Relief From Stay and to Abandon Real Estate with US Bank NA successor by merger to The Leader Mortgage Company is APPROVED.

###